

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-18-00026-CV

Rosie Marie **WEAVER,**
Appellant

v.

John G. **PREDDY,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2016-05-31156-CV
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to April 9, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court